C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-08-80847 C-13D |
| Michael J. Satterwhite | ) | |
| Tarsha R. Satterwhite | ) | |
| | ) | |
| Debtor(s) | ) | |

## AMENDED ORDER GRANTING DEBTORS
## AUTHORIZATION TO INCUR INDEBTEDNESS

On June 30, 2011, a hearing was held on the Debtors' Motion to Amend Order Granting Motion to Incur Debt. At the hearing, Cheryl Y. Capron, Esq. appeared on behalf of the Debtors; Richard M. Hutson II, Standing Trustee appeared; and no other party appeared or objected to the Debtors' Motion. The Court, after considering the Motion and having heard and considered the statements of counsel and the Trustee, finds that the Motion should be allowed; therefore, it is ORDERED:

1. The Motion of the Debtors for permission to borrow funds for the purchase of a replacement vehicle is granted.

2. The Debtors are permitted to obtain financing from Performance Auto of other lender, in the approximate amount of $15,561.85, payable with interest at no more than 18% per annum, and principal and interest payable in monthly installments no greater than $376.00.

3. The Debtors are authorized to execute such documents as may be required to effectuate the purchase and financing of the vehicle.

4. Cheryl Y. Capron, Esq., counsel for the Debtors, is allowed attorney fees in the amount of $250.00, to be paid as an administrative claim, for services rendered in the filing of this Motion.

5. This Order shall amend and replace the Court's previous Order entered May 10, 2011.

# PARTIES IN INTEREST
## Page 1 of 1
## 08-80847 C-13D

Michael J. Satterwhite
Tarsha R. Satterwhite
4B Baytree Ct.
Durham, NC 27705

Cheryl Y. Capron, Esq.
PO Box 2596
Durham, NC 27715

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Performance Auto
PO Box 2287
Chapel Hill, NC 27515